UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | \* | CR. 04-40136 |
| Plaintiff, | \* | |
| vs. | \* | ORDER |
| DONALD BUTLER, | \* | |
| Defendant. | \* | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

At the bond revocation hearing on July 28, 2005, Defendant was found to have violated Condition No. 1 of the Order Setting Conditions of Release. Further, Defendant has entered guilty pleas to the underlying charges and sentencing is scheduled for September 19, 2005. Based on Defendant having violated the conditions of his pretrial release, his criminal history, and the provisions of 18 U.S.C. § 3143, it is hereby

ORDERED that the Government's Motion for Arrest Warrant and Redetermination of Terms and Conditions of Any Further Release (Doc. 26) is GRANTED. The Order Setting Conditions of Release dated February 7, 2005 is modified by the imposition of the following additional condition of release:

> The defendant shall maintain residence at a halfway house or community correction center, as deemed necessary by the pretrial services officer or supervising officer.

Dated this 29th day of July, 2005.

BY THE COURT:

_____
John E. Simko
United States Magistrate Judge

ATTEST:
JOSEPH HAAS, Clerk

By _____, Deputy